FILED DA

MAR 26 2025

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Princess Port Bed and Brakfast |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 0 1 – 0 7 2 1 / 0 0 |

4. **Debtor's address**

**Principal place of business**

445 Mirada Rd
Number   Street

Half Moon Bay
City

CA 94019
State   ZIP Code

San Mateo
County

**Mailing address, if different from principal place of business**

859 Sunnyhills Rd
Number   Street

Oakland CA
P.O. Box

94610
City   State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City   State   ZIP Code

5. **Debtor's website (URL)**

Debtor **Princess Port**
Name

Case number (if known) _____

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check all that apply:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☒ Yes. District _____ When __/__/____ Case number 2/8/23 6197
MM / DD / YYYY

District _____ When __/__/____ Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____/_____/_____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | Princess Port | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☒ $0-$50,000 | | ☐ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | | ☒ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/26/25
MM / DD / YYYY

✗ _____    _____
Signature of authorized representative of debtor     Printed name

Title _____

**18. Signature of attorney**

✗ _____    Date _____
Signature of attorney for debtor                    MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____    State ____    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

Fill in this information to identify the case

Debtor name **Princess Port Bed and Breakfast, Inc.**

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. Cash on hand | | $2,000.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Checking account  Wells Fargo | Checking account | 8  4  3  0 | $4,750.00 |

4. Other cash equivalents  *(Identify all)*

Name of institution (bank or brokerage firm)

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$6,750.00

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.                              **$0.00**

---

**Part 3:  Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

Current value of
debtor's interest

11.  **Accounts receivable**

11a.  90 days old or less: _____  –  _____  =  .............. ➔  _____
                            face amount                doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  =  .............. ➔  _____
                            face amount                doubtful or uncollectible accounts

12.  **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$0.00**

---

**Part 4:  Investments**

13.  **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17.  **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                               **$0.00**

---

**Part 5:  Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

| General description | Date of the last physical Inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| No formal inventory but Manager knows what is there | | $5,000.00 | 5000 | $5,000.00 |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$5,000.00

24. Is any of the property listed in Part 5 perishable?
☑ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☑ No
☐ Yes

---

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| 29. Farm animals   Examples: Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

34. Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
☐ No
☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desk, files, papaer etc, Computer | $2,000.00 | 2000 | $2,000.00 |
| **40. Office fixtures** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. Total of Part 7.
Add lines 39 through 42. Copy the total to line 86.

| | $2,000.00 |
|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **48.** Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** Aircraft and accessories | | | |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |

51. Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

52. Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

## Part 9   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **445 Mirada Rd**<br>**Half Moon Bay, CA 94019**<br>445 Mirada Rd, Half Moon Bay, CA 94019<br>**Commerical Bed and Breakfast** | Fee Simple | $2,576,500.00 | | $2,576,500.00 |

56. Total of Part 9.
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$2,576,500.00**

57. Is a depreciation schedule available for any of the property listed in Part 9?
   ☑ No
   ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. Does the debtor have any interests in intangibles or intellectual property?

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites | | | |
| **Bed and Breakfast website** | Unknown | | Unknown |
| 62.  Licenses, franchises, and royalties | | | |
| **License for BNB's** | Unknown | | Unknown |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| **Former Guests. about 100 names** | Unknown | | Unknown |
| 64.  Other Intangibles, or intellectual property | | | |

**65. Goodwill**

| Business 9 years | Unknown | | Unknown |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor   **Princess Port Bed and Breakfast, Inc.**     Case number (if known) 

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

**Creditor's name**
**Real Time Solutions, LLC**

**Creditor's mailing address**
**1349 Empire Central Dr. #150**

**Dallas                    TX    75247**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**            $125,000.00    $2,576,500.00

**445 Mirada Rd, Half Moon Bay, CA 94019**

**Describe the lien**

**2nd DOT / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | |
|---|---|---|---|
| **2.1** | Creditor's name<br>**Fay Servicing, LLC** | Describe debtor's property that is<br>subject to a lien | **$1,300,000.00** | **$2,576,500.00** |

| | |
|---|---|
| Creditor's mailing address<br>**901 S. 2nd St. #201** | **445 Mirada Rd, Half Moon Bay, CA 94019**<br>Describe the lien<br>**First DOT / Agreement** |
| **Springfield       IL     62704** | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No |
| Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account<br>number | As of the petition filing date, the claim is:<br>Check all that apply. |
| Do multiple creditors have an interest in<br>the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

1) Fay Servicing, LLC; 2) Real Time Solutions, LLC.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.                                    **$1,425,000.00**

<table>
<tr><td>Part 12:</td><td>Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $6,750.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $5,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $2,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ...............➔ | | $2,576,500.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column.  91a. | $13,750.00 | + 91b. $2,576,500.00 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92 ................................................................... $2,590,250.00

Fill in this information to identify the case:

Debtor    **Princess Port Bed and Breakfast, Inc.**

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

### Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditor with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |

_____

_____    ☐ Contingent
_____    ☐ Unliquidated
_____    ☐ Disputed

_____    Basis for the claim:

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___    **Is the claim subject to offset?**
   ☐ No
   ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____)

Debtor __Princess Port Bed and Breakfast, Inc.__    Case number (if known) _____

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | _____ |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  **Total claims from Part 1**                         5a.  _____ **$0.00**

5b.  **Total claims from Part 2**                         5b. **+** _____ **$0.00**

5c.  **Total of Parts 1 and 2**                           5c.  _____ **$0.00**
     Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name **Princess Port Bed and Breakfast, Inc.**

United States Bankruptcy Court for the: **NORTHERN DIST. OF CALIFORNIA**

Case number
(if known) _____ Chapter **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Debtor name | **Princess Port Bed and Breakfast, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|

In re: **Princess Port Bed and Breakfast, Inc.**

CASE NO

CHAPTER **11**

Projected Budget

## BUSINESS INCOME AND EXPENSES

Income:
| | |
|---|---|
| Gross Sales: | $7,000.00 |
| Rental or Manager/Owner Contribution | 2,000.00 |

Expenses:

| | |
|---|---|
| Electricity | 90.00 |
| Gas | 35.00 |
| Waste Mgmt | 45.00 |
| Food & Sundries | 400.00 |
| Cleaning | 347.00 |
| First DOT (Reduced) | 5958.00 |
| Second DOT | 625.00 |
| Total: | 7,500.00 |

| | |
|---|---|
| Debtor name | **Princess Port Bed and Breakfast, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DIST. OF CALIFORNIA** |
| Case number (if known) | _____  _____ |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From | **01/01/2023** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$84,000.00** |
| For prior year: | From | **01/01/2022** MM / DD / YYYY | to | **12/31/2022** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | |
| For the year before that: | From | **01/01/2021** MM / DD / YYYY | to | **12/31/2021** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  **Fay Servicing, LLC** Creditor's name **901 S. 2nd St. #201** Street **Springfield**     IL     **62704** City            State  ZIP Code | **Last Three Months** | **$27,000.00** | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

Debtor Name __Princess Port Bed and Breakfast, Inc.__

United States Bankruptcy Court for the: __NORTHERN DIST. OF CALIFORNIA__

Case number
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☑ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/14/25__
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

__Maria Boruta__
Printed name

__President__
Position or relationship to debtor

In re: **Princess Port Bed and Breakfast, Inc.**                    CASE NO

                                                                    CHAPTER   **11**

Projected Budget

## BUSINESS INCOME AND EXPENSES

Income:
| | |
|---|---|
| Gross Sales: | $7,000.00 |
| Rental or Manager/Owner Contribution | 2,000.00 |

Expenses:

| | |
|---|---|
| Electricity | 90.00 |
| Gas | 35.00 |
| Waste Mgmt | 45.00 |
| Food & Sundries | 400.00 |
| Cleaning | 347.00 |
| First DOT (Reduced) | 5958.00 |
| Second DOT | 625.00 |
| Total: | 7,500.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

CASE NO

CHAPTER

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __3 | 2 6 | 25__          Signat. _____

Date _____          Signature _____

Fay Servicing, LLC
901 S. 2nd St. #201
Springfield, IL 62704


Real Time Solutions, LLC
1349 Empire Central Dr. #150
Dallas, TX 75247